JS-6
REMAND

NIV V. DAVIDOVICH, ESQ.
(State Bar No. 247328)
CHARLIE Z. STEIN, ESQ.
(State Bar No. 265361)
**DAVIDOVICH STEIN LAW GROUP LLP**
6442 Coldwater Canyon Avenue, Suite 209
North Hollywood, California 91606
Telephone: (818) 661-2420
Facsimile: (818) 301-5131
Email(s): Niv@DavidovichLaw.com
Charlie@DavidovichLaw.com

Attorneys for Defendants GRCA2 DEVELOPMENT, LLC, a Delaware limited liability company and GERALD (erroneously sued as "GERRY") WIENER, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DANIEL CHU, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>GRCA2 DEVELOPMENT, LLC, a Delaware limited liability company; GERRY WIENER, an individual; and CAA GENERAL CONTRACTOR, INC., a California corporation; and DOES 1 to 10, inclusive<br><br>      Defendants. | CASE NO: CV 22-6020-GW-E<br><br>**ORDER GRANTING STIPULATION TO REMAND TO STATE COURT AND CONTINUE DEADLINE TO RESPOND TO COMPLAINT**<br><br>*Stipulation Filed Concurrently Herewith*<br><br>State Action Filed:   August 1, 2022<br>State Action Case No.:  22STCV24782 |

- 1 -

**[PROPOSED] ORDER TO REMAND TO STATE COURT AND CONTINUE DEADLINE TO RESPOND TO COMPLAINT**

# ORDER

Pursuant to the Parties' Stipulation to Remand Action to State Court and Continue Deadline to Respond to Complaint, filed in the above-referenced action, the Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Central District of California case number 2:22-cv-06020-GW-E styled *Daniel Chu v. GRCA2 Development, LLC, et al.,* is hereby remanded to the Los Angeles Superior Court as *Daniel Chu v. GRCA2 Development, LLC., et al.,* Case No. 22STCV24782 (the "Action"); and
3. Defendants shall have until the later of September 19, 2022 or seven (7) days after the clerk mails this signed Order of Remand to the Los Angeles Superior Court to respond to the Complaint filed in the Action.

IT IS SO ORDERED.

Dated: September 22, 2022

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER TO REMAND TO STATE COURT AND CONTINUE DEADLINE TO RESPOND TO COMPLAINT**